# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:17-cv-00073-MR

| | |
|---|---|
| HERRMANN INTERNATIONAL, INC. and HERRMANN GLOBAL, LLC, ) ) ) **Plaintiffs,** ) ) **vs.** ) ) HERRMANN INTERNATIONAL EUROPE, HERRMANN TECHNOLOGIE, BRAIN RESSOURCES, and LIONEL MARC VUILLEMIN, ) ) ) ) ) ) **Defendants.** ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

On March 7, 2017, the Plaintiffs Herrmann International, Inc. and Herrmann Global, LLC filed this action against the Defendants Herrmann International Europe, Herrmann Technologie, Brain Ressources, and Lionel Marc Vuillemin.  [Doc. 1].

On June 5, 2017, the Plaintiffs filed a Notice with the Court, advising that the Plaintiffs had initiated formal service of process on the Defendants in France pursuant to the Hague Convention on the Service Abroad of Judicial and Extra Judicial Documents in Civil and Commercial Matters. [Doc. 7].  More than three months has passed since the filing of this status

report, but there is nothing in the record to indicate that the Plaintiffs have achieved service on these foreign defendants.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Plaintiffs shall provide a status report to the Court within fourteen (14) days of the entry of this Order regarding the status of service of process on the Defendants.

**IT IS SO ORDERED.**

Signed: September 15, 2017

Martin Reidinger
United States District Judge