# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:17-cv-00073-MR

| | |
|---|---|
| HERRMANN INTERNATIONAL, INC. and HERRMANN GLOBAL, LLC, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>HERRMANN INTERNATIONAL EUROPE, HERRMANN TECHNOLOGIE, BRAIN RESSOURCES, and LIONEL MARC VUILLEMIN, )<br>)<br>)<br>)<br>)<br>Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiffs' motion for the admission of attorney Brian C. Park as counsel *pro hac vice*. [Doc. 12]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' motion [Doc. 12] is **ALLOWED**, and Brian C. Park is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: January 8, 2018

Martin Reidinger
United States District Judge