IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:17-cv-00073-MR

| | |
|---|---|
| **HERRMANN INTERNATIONAL, INC.** and **HERRMANN GLOBAL, LLC,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| vs. | ) **O R D E R** ) |
| **HERRMANN INTERNATIONAL EUROPE, HERRMANN TECHNOLOGIE, BRAIN RESSOURCES,** and **LIONEL MARC VUILLEMIN,** | ) ) ) ) ) ) |
| **Defendants.** | ) ) |

**THIS MATTER** is before the Court on the Plaintiffs' motion for the admission of attorney Nathan Brunette as counsel *pro hac vice*. [Doc. 13]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' motion [Doc. 13] is **ALLOWED**, and Nathan Brunette is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**   Signed: January 8, 2018

Martin Reidinger
United States District Judge