**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:17-cv-00073-MR**

| | |
|---|---|
| **HERRMANN INTERNATIONAL, INC.** and **HERRMANN GLOBAL, LLC,** )<br>)<br>**Plaintiffs,** )<br>)<br>vs. )<br>)<br>**HERRMANN INTERNATIONAL EUROPE, HERRMANN TECHNOLOGIE, BRAIN RESSOURCES,** and **LIONEL MARC VUILLEMIN,** )<br>)<br>**Defendants.** ) | <u>**O R D E R**</u> |

**THIS MATTER** is before the Court on the Defendants' motion for the admission of attorney Pierre N. Abitbol as counsel *pro hac vice*. [Doc. 25]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendants' motion [Doc. 25] is **ALLOWED**, and Pierre N. Abitbol is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: November 6, 2018

Martin Reidinger
United States District Judge