# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:17-cv-00073-MR

| | |
|---|---|
| HERRMANN INTERNATIONAL, INC. and HERRMANN GLOBAL, LLC, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>HERRMANN INTERNATIONAL EUROPE, HERRMANN TECHNOLOGIE, BRAIN RESSOURCES, and LIONEL MARC VUILLEMIN, )<br>)<br>Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiffs' motions for the admission of attorneys Courtland C. Merrill, Kimberly B. McNulty, and Daniel R. Hall as counsel *pro hac vice*. [Docs. 37, 38, 39]. Upon careful review and consideration, the Court will allow the motions.

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' motions [Docs. 37, 38, 39] are **ALLOWED**, and Courtland C. Merrill, Kimberly B. McNulty, and Daniel R. Hall are hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fees having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: June 7, 2019

Martin Reidinger
United States District Judge