**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL CASE NO. 1:17-cv-00073-MR**

| | | |
|---|---|---|
| **HERRMANN INTERNATIONAL, INC.**<br>**and HERRMANN GLOBAL, LLC,** | ) )<br>) | |
| **Plaintiffs,** | )<br>) | |
| **vs.** | )<br>) | <u>**O R D E R**</u> |
| **HERRMANN INTERNATIONAL**<br>**EUROPE, HERRMANN**<br>**TECHNOLOGIE, BRAIN**<br>**RESSOURCES, and LIONEL**<br>**MARC VUILLEMIN,** | )<br>)<br>)<br>)<br>) | |
| **Defendants.** | )<br>) | |
| _____ | ) | |

**THIS MATTER** is before the Court on counsel's Motion to Withdraw
[Doc. 63].

Attorneys Matthew J. Ladenheim and Pierre N. Abitbol move to
withdraw as counsel for the Defendants in this matter. For grounds, counsel
state that the Defendants have advised them that they are no longer
authorized to defend the action on behalf of any of the Defendants.
Accordingly, the Defendants consent to the withdrawal of Mr. Ladenheim and
Mr. Abitbol as counsel in this matter. [Doc. 63].

Local Civil Rule 83.1(f) provides that counsel may withdraw with their client's consent and with Court approval. Here, counsel have demonstrated good cause for withdrawing from representing the Defendants, and therefore, the motion to withdraw will be granted.

With the withdrawal of counsel, the Defendants are now unrepresented in this matter. The Court will allow the Defendants fourteen (14) days to retain counsel. While Mr. Vuillemin may proceed *pro se* as an individual, the other Defendants as corporate entities may not proceed as unrepresented parties in this matter. See Gilley v. Shoffner, 345 F. Supp. 2d 563, 567 (M.D.N.C. 2004). Within fourteen (14) days, Mr. Vuillemin shall be required to either retain new counsel or advise the Court that he intends to proceed *pro se*. If, within the time required, counsel fails to make an appearance for Mr. Vuillemin or if he fails to advise the Court of his intent to proceed *pro se*, the Court may direct that an entry of default be made against him.

As for the corporate Defendants, if counsel does not make an appearance on their behalf within fourteen (14) days, the Court may direct that an entry of default be made against them.

**IT IS, THEREFORE, ORDERED** that, within fourteen (14) days of the entry of this Order, the Defendant Lionel Marc Vuillemin shall have counsel make an appearance on his behalf or advise the Court that he intends to

2

proceed *pro se* in this matter.  Failure to comply with this Order may result in the entry of default being made against this Defendant.

IT IS FURTHER ORDERED that, within fourteen (14) days of the entry of this Order, the Defendants Herrmann International Europe, Herrmann Technologie, and Brain Ressources shall have counsel make an appearance on their behalf.  Failure to comply with this Order may result in the entry of default being made against these Defendants.

IT IS FURTHER ORDERED that all pending pretrial deadlines are hereby SUSPENDED pending further Order of this Court.

IT IS SO ORDERED.

Signed: August 11, 2020

Martin Reidinger
Chief United States District Judge